PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
CARLOS MENDOZA-VILLANUEVA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>vs.<br><br>CARLOS MENDOZA-VILLANUEVA,<br>        Defendant. | CASE NO. CASE NO. 2:13-CR-00016-GEB<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING DATE<br><br>Date:  January 10, 2014<br>Time: 9:00a.m.<br><br>Honorable Garland E. Burrell, Jr. |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Justin Lee, Counsel for Plaintiff, and Attorney Preciliano Martinez, Counsel for Defendant Carlos Alejandro Mendoza-Villanueva, that the sentencing date scheduled for November 15, 2013, at 9:00 a.m. be vacated and the sentencing date be continued to this Court's calendar January 10, 2014, at 9:00 a.m. Mr. Martinez will be starting a jury trial on November 14, 2013, in Merced County for Defendant Miguel Angel Penaloza, Case No. CRM021889A. The trial is expected to continue throughout Friday, November 15th. The trial date was confirmed in court this morning.

///

///

1

The court is advised that counsel have conferred about this request that they have agreed to the court date of January 10, 2014 and that Mr. Lee has authorized Preciliano Martinez to sign this stipulation on his behalf.

Respectfully Submitted,

Dated: November 13, 2013

/s/ Preciliano Martinez
Preciliano Martinez
Attorney for Defendant
Carlos Mendoza-Villanueva

Dated:  November 13, 2013

/s/ Justin Lee
Justin Lee
Assistant U.S. Attorney

## ORDER

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current November 15, 2013 sentencing date is hereby vacated and reset to January 10, 2014.

Dated:  November 13, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge