UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>CARLOS ALEJANDRO MENDOZA-VILLANUEVA,<br><br>Movant. | No. 2:13-cr-00016 GEB DAD P<br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. (ECF No. 65.) The court notes, however, that an appeal is currently pending in this action. (See ECF Nos. 63-4.) As a general rule, a district court should not consider a Section 2255 motion while a direct appeal is pending. See United States v. Deeb, 944 F.2d 545, 548 (9th Cir. 1991); Feldman v. Henman, 815 F.2d 1318, 1320 (9th Cir. 1987). Moreover, counsel has now been appointed to represent movant. (ECF No. 70.)

Accordingly, IT IS HEREBY ORDERED that appointed counsel shall, within thirty days after the filing date of this order, do one of the following:

1. Inform the court that movant intends to proceed on his motion filed June 25, 2014;

2. File and serve an amended motion to vacate, set aside, or correct movant's sentence pursuant to 28 U.S.C. § 2255; or

/////

1

3. Request withdrawal, without prejudice, of the pending motion to vacate, until such time that movant's appeal is concluded.

Dated:  September 26, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
rodr0016.update

2