Gene D. Vorobyov
California Bar No. 200193
5214 F Diamond Heights Blvd, # 733
San Francisco, CA 94131
Telephone: (415) 425-2693
e-mail: gene.law@gmail.com

Attorney for Defendant and Appellant
CARLOS ALEJANDRO MENDOZA-VILLANUEVA

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>CARLOS ALEJANDRO MENDOZA-VILLANUEVA,<br><br>Movant. | **Case No. 2:13-cr-0016 GEB DAD P**<br>[U.S. Court of Appeals for the Ninth Circuit Case No. 14-10308]<br><br>[proposed] **ORDER GRANTING MOTION TO EXPAND APPOINTMENT OF COUNSEL FOR A LIMITED PURPOSE** OF CONSULTING THE CLIENT REGARDING, AND COMPLYING WITH, THE COURT'S SEPTEMBER 26, 2014, ORDER CONCERNING MR. MENDOZA-VILLANUEVA'S *PRO SE* 2255 MOTION [18 U.S.C. § 3006A(a)(2)(B)] |

The court hereby GRANTS the motion of movant Carlos Alejandro Mendoza-Villanueva (ECF No. 75), for appointment of counsel for the following limited purpose.

IT IS HEREBY ORDERED that attorney Gene D. Vorobyov is appointed under the Criminal Justice Act, 18 U.S.C § 3006A(a)(2)(B), for the limited purpose of consulting with his client regarding, and actual compliance with, the Court's September 26, 2014 order (ECF No. 71), with respect to Mr. Mendoza-Villanueva's pro se motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255, which was filed on June 25, 2014.

Dated: October 2, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
mend0016.appt.cns.