UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>CARLOS ALEJANDRO MENDOZA-VILLANUEVA,<br><br>Movant. | No. 2:13-cr-00016 GEB DAD P<br><br><br><br>ORDER |

Movant Carlos Alejandro Mendoza-Villanueva, through appointed counsel, requests withdrawal of his motion filed pro se on June 25, 2014, pursuant to 28 U.S.C. § 2255. For good cause shown, movant's request will be granted. The limited appointment of counsel for the purpose of informing the district court of this matter (see ECF No. 76), is now terminated.

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's request (ECF No. 84) to withdraw his motion filed pursuant to 28 U.S.C. § 2255, is granted;

2. The Clerk of Court is directed to indicate on the court's docket the withdrawal of movant's motion to vacate, set aside or correct his sentence filed pursuant to 28 U.S.C. § 2255 (ECF No. 65), and to close that portion of this case; and

1

3. The limited appointment of counsel to address these matters (ECF No. 76) is terminated, without effect on counsel's ongoing appointment to represent movant before the Ninth Circuit Court of Appeals.

Dated: November 19, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
mend0016.wthdrw

2