UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CARLOS ALEJANDRO MENDOZA-VILLANUEVA,<br><br>        Defendant. | No.  2:13-cr-00016-GEB-DAD-2<br><br>**ORDER** |

    The government shall respond to Defendant Carlos Alejandro Mendoza-Villanueva's motion to have his sentence reduced no later than 30 days after this order is filed. Defendant shall file a reply brief within 30 days after the government files its response.

    IT IS SO ORDERED.

    Dated:  November 16, 2016

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    Senior United States District Judge

1